IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.s.<br><br>RAYMOND VARGAS-DAVILA<br>Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

CR. NO. 03:00CR043-015 (PG)

## ORDER

Upon a petition of Sandra Vélez-García, U.S. Probation Officer of this Court, alleging that releasee, Raymond Vargas-Dávila, has failed to comply with the conditions of his supervised release.

It is ORDERED that releasee appear before this Court on *July 31* 2008, at *9:30 A.M.*, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk will issue the corresponding warrant for the arrest of Mr. Raymond Vargas-Dávila, and notify all corresponding parties with a copy of this order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this *11th* day of *June* 2008.

JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE