# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

vs.     **CRIM. 00-043-15 (PG)**

**Raymond VARGAS-DAVILA**
Reg. No. 19347-069

------------------------------------------------

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The United States Marshal
and Warden - Orange County
Corrections Department
Orlando, FL 32839

We command you, the Warden Orange County Corrections Dept., to release **Raymond VARGAS-DAVILA** to the custody of the US Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Esteban Soto, III, US Marshal for the District of Puerto Rico, to have the body of **Raymond VARGAS-DAVILA**, and take him under your custody under safe and secure conduct, and remove the said **Raymond VARGAS-DAVILA** forthwith and bring him before HONORABLE JUAN M. PEREZ-GIMENEZ, US District Court Judge, at the Federal Courthouse Building, Hato Rey, Puerto Rico, on **July 31, 2008 at 9:30 A.M.** and any subsequent days thereafter, and that you safely and securely return said **Raymond VARGAS-DAVILA** to the custody of the Warden of Orange County as soon thereafter as the

2

hearing is concluded in accordance with the law.

>WITNESS the Honorable Juan M. Pérez-Giménez
>U. S. District Judge, United States
>District Court for the District of
>Puerto Rico, at Hato Rey, Puerto Rico
>and the Seal of said Court,
>this 16th day of June, 2008.

>FRANCES RIOS DE MORAN
>Clerk, U. S. District Court for
>the District of Puerto Rico

>By: S/Janet González
>     JANET GONZALEZ
>        Deputy Clerk