IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    vs.                                    Case Number:  00-CR-043-015 (PG)

**RAYMOND VARGAS-DAVILA**

### MOTION FOR CONTINUANCE

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ, SENIOR**
**UNITED STATES DISTRICT JUDGE**
**FOR THE DISTRICT OF PUERTO RICO**

    Comes now, Sandra Vélez-García, United States Probation Officer of this Honorable Court, and respectfully states and prays as follows:

    A Show Cause Hearing for revocation of supervised released was set, by Your Honor, for July 31, 2008.

    That this officer will be attending an official training outside the District of Puerto Rico from July 31, 2008 until August 8, 2008.

    Considering the circumstances and details of the case, this officer would like to be present during the revocation hearing.

    **WHEREFORE**, in view of the aforementioned, it is respectfully requested that this Honorable Court consider continuing the show cause hearing set for July 31, 2008, for a date after August 8, 2008 or at the convenience of this Honorable Court.

    In San Juan, Puerto Rico, this 22nd day of July 2008.

                                                                 Respectfully submitted,

                                                                EUSTAQUIO BABILONIA, CHIEF
                                                                U.S. PROBATION OFFICER

                                                                **s/Sandra Vélez-García**
                                                                Sandra Vélez-García
                                                                Federal Office Building
                                                                Suite 400
                                                                150 Carlos Chardón Ave.
                                                                San Juan, P.R. 00918-1741
                                                                Tel.: (787) 281-4911
                                                                Fax: (787) 766-5945
                                                                Sandra_Velez@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

**I HEREBY** certify that on July 22nd, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

U.S. Attorney, Torre Chardón, Suite 1201, #350 Carlos Chardón Ave., San Juan, PR 00918 and Federal Public Defender, 241 F.D. Roosevelt, El Patio Gallery Bldg., San Juan, PR.

In San Juan, Puerto Rico, July 22nd, 2008.

**s/Sandra Vélez-García**
Sandra Vélez-García
Federal Office Building
Suite 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
Tel.: (787) 281-4911
Fax: (787) 766-5945
Sandra_Velez@prp.uscourts.gov
