**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

    vs.                                        Case Number:  00-CR-043-015 (PG)

**RAYMOND VARGAS-DAVILA**

**INFORMATIVE MOTION**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ, SENIOR
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO**

       Comes now, Sandra Vélez-García, United States Probation Officer of this Honorable Court, and respectfully states and prays as follows:

       A Show Cause Hearing for revocation of supervised released was set by Your Honor for August 15, 2008.  Contact was made with Deputy United States Marshal Danny Cruz who informed that Mr. Vargas-Dávila is still in the custody of the Department of Corrections of Florida, and will not be brought to Puerto Rico until the pending cases in Florida are resolved.

       **WHEREFORE**, the Court is respectfully informed of the above mentioned for your consideration and perusal.

       In San Juan, Puerto Rico, this 14th day of August 2008.

                                                   Respectfully submitted,

                                                   EUSTAQUIO BABILONIA, CHIEF
                                                   U.S. PROBATION OFFICER

                                                   **s/Sandra Vélez-García**
                                                   Sandra Vélez-García
                                                   Federal Office Building
                                                   Suite 400
                                                   150 Carlos Chardón Ave.
                                                   San Juan, P.R. 00918-1741
                                                   Tel.:  (787) 281-4911
                                                   Fax: (787) 766-5945
                                                   Sandra_Velez@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

**I HEREBY** certify that on August 14th, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

U.S. Attorney, Torre Chardón, Suite 1201, #350 Carlos Chardón Ave., San Juan, PR 00918 and Federal Public Defender, 241 F.D. Roosevelt, El Patio Gallery Bldg., San Juan, PR.

In San Juan, Puerto Rico, August 14th, 2008.

**s/Sandra Vélez-García**
Sandra Vélez-García
Federal Office Building
Suite 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
Tel.: (787) 281-4911
Fax: (787) 766-5945
Sandra_Velez@prp.uscourts.gov